**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DIST. OF NORTH CAROLINA**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Dot Com Realty, LLC dba Plato's Closet** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer Identification Number (EIN)

8  2 – 1  9  7  0  9  3  7

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **335 W. Plaza Dr., Suite X** | **6942 Random Place** |
| Number    Street | Number    Street |
| | P.O. Box |
| **Mooresville**    **NC**    **28117** | **Charlotte**    **NC**    **28215** |
| City    State    ZIP Code | City    State    ZIP Code |
| **Mecklenburg** | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | City    State    ZIP Code |

5. Debtor's website (URL)

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Dot Com Realty, LLC dba Plato's Closet** _____   Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7
☐  Chapter 9
☒  Chapter 11.   *Check all that apply:*

☒  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor __Dot Com Realty, LLC dba Plato's Closet_____ Case number (if known) _____

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>　　　　　District _____ When _____<br>　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　Case number, if known _____<br><br>　　　　　Debtor _____ Relationship _____<br>　　　　　District _____ When _____<br>　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　Case number, if known _____ |
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor   **Dot Com Realty, LLC dba Plato's Closet**                    Case number (if known)

---

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**     _____
                                            Number      Street

_____

_____
City                                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

            Contact name       _____

            Phone                 _____

---

## Statistical and adminstrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **Dot Com Realty, LLC dba Plato's Closet** _____  Case number (if known) _____

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/20/2022**
      MM / DD / YYYY

X **/s/ Jayna Davis** _____
Signature of authorized representative of debtor

**Jayna Davis** _____
Printed name

**Managing Member** _____
Title

**18.  Signature of attorney**

X **/s/ Kimberly A. Sheek** _____    Date **06/20/2022** _____
Signature of attorney for debtor                          MM / DD / YYYY

**Kimberly A. Sheek** _____
Printed name

**Law Office of Kimberly A. Sheek** _____
Firm name

**P.O. Box 480740** _____
Number        Street

**Charlotte, NC 28269** _____

_____  _____  _____
City                                          State        ZIP Code

**(704) 842-9776** _____    **kimberlysheek@sheeklawfirm.com** _____
Contact phone                                 Email address

**34199** _____    **NC** _____
Bar number                                 State

**Fill in this information to identify the case:**

Debtor name __**Dot Com Realty, LLC dba Plato's Closet**__

United States Bankruptcy Court for the: __**WESTERN DIST. OF NORTH CAROLINA**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
**Chrysler Capital**

**Creditor's mailing address**
**PO Box 961275**

_____

Fort Worth          TX   76161

**Creditor's email address, if known**

_____

Date debt was incurred  _____

Last 4 digits of account
number          **9   1   0   3**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**2018 Dodge Ram**

**Describe the lien**

**Purchase Money / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$58,939.94 | $24,475.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$145,534.35

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1

Debtor  **Dot Com Realty, LLC dba Plato's Closet**  Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.2** Creditor's name
**Thread Capital**

Describe debtor's property that is subject to a lien | $18,200.00 | $100,000.00

Creditor's mailing address
**4021 Carya Dr.**

**Clothing Inventory**

Describe the lien
**Agreement**

_____

**Raleigh          NC   27610**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**2.3** Creditor's name
**US Bank**

Describe debtor's property that is subject to a lien | $68,394.41 | $49,387.50

Creditor's mailing address
**PO Box 790408**

**2021 Chevrolet Corvette**

Describe the lien
**Purchase Money / Agreement**

_____

**St. Louis          MO   63179**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **6/2021**

Last 4 digits of account number  __1_ _8_ _9_ _4_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Fill in this information to identify the case:**

Debtor   **Dot Com Realty, LLC dba Plato's Closet**

United States Bankruptcy Court for the: **WESTERN DIST. OF NORTH CAROLINA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Solvency Operation**

**PO Box 7346**

**Philadelphia        PA      19101-7346**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**1040 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**     Priority amount: **$0.00**

**2.2** Priority creditor's name and mailing address

**North Carolina Department of Revenue**

**Bankruptcy Unit**

**PO Box 1168**

**Raleigh          NC      27602**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**1040 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**     Priority amount: **$0.00**

| Debtor | **Dot Com Realty, LLC dba Plato's Closet** | Case number (if known) | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**Ally Financial Auto**

**PO Box 380901**

**Bloomington**    **MN**    **55438**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

$14,838.49

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 981540**

**El Paso**    **TX**    **79998-1540**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$2,939.49

---

**3.3** Nonpriority creditor's name and mailing address

**Capital One**

**Attn: General Correspondence**

**P.O. Box 30285**

**Salt Lake City**    **UT**    **84130-0285**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$1,301.00

---

**3.4** Nonpriority creditor's name and mailing address

**Chase Cardmember Services**

**PO Box 9013**

**Addison**    **TX**    **75001**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$38,326.16

| Debtor | **Dot Com Realty, LLC dba Plato's Closet** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**Premier Apartments, LLC**

**c/o Offit Kurman**

**2600 One Wells Fargo Center**

**301 South College St.**

**Charlotte**          **NC**     **28202**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Rental Arrears**

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,480.04

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**Small Business Adminstration**

**10737 Gateway West Suite 300**

**El Paso**          **TX**     **79935**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Other**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,950.00

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**Thread Capital**

**4021 Carya Dr.**

**Raleigh**          **NC**     **27610**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Other**

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,200.00

Debtor   **Dot Com Realty, LLC dba Plato's Closet**                     Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Mecklenburg County Tax Office** **Office of the Tax Collector** **PO Box 36819** **Charlotte          NC    28236** | Line _____ ☑ Not listed.  Explain: **Taxes** | __ __ __ __ |
| 4.2 | **North Carolina Attorney General** **Daniel Garner, General Counsel** **PO Box 871** **Raleigh          NC    27602** | Line  **2.2** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.3 | **United States Attorney's Office** **Western District of NC** **227 West Trade St., Suite 1650** **Charlotte          NC    28202** | Line  **3.6** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.4 | **United States Attorney's Office** **Western District of NC** **227 West Trade St., Suite 1650** **Charlotte          NC    28202** | Line  **2.1** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.5 | **US Attorney General** **US Department of Justice** **950 Pennsylvania Ave, NW** **Washington          DC    20530** | Line  **3.6** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.6 | **US Attorney General** **US Department of Justice** **950 Pennsylvania Ave, NW** **Washington          DC    20530** | Line  **2.1** ☐ Not listed.  Explain: | __ __ __ __ |

Debtor  **Dot Com Realty, LLC dba Plato's Closet**                          Case number (if known) _____

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---------|----|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|--|
| 5a. | **Total claims from Part 1** | 5a. _____ **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ **$119,035.18** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. **$119,035.18** |

**Fill in this information to identify the case:**

Debtor name    **Dot Com Realty, LLC dba Plato's Closet**

United States Bankruptcy Court for the: **WESTERN DIST. OF NORTH CAROLINA**

Case number
(if known)                                Chapter    **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Security Service Contract to be ASSUMED | ADP Security |
| | | | 5451 E. Williams Blvd |
| | State the term remaining | | |
| | List the contract number of any government contract | | Tuscon                AZ        85711 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Retail Lease Contract to be ASSUMED | Premier Apartments, LLC |
| | | | c/o Offit Kurman |
| | | | 2600 One Wells Fargo Center |
| | | | 301 South College St. |
| | State the term remaining | Lease Terminates 8/31/2023 | |
| | List the contract number of any government contract | | Charlotte              NC        28202 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement Contract to be ASSUMED | Winmark Corp. |
| | | | 605 Highway 169 North |
| | | | Suite 400 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Minneapolis            MN        55441 |

---

**Fill in this information to identify the case:**

Debtor name   **Dot Com Realty, LLC dba Plato's Closet**

United States Bankruptcy Court for the: **WESTERN DIST. OF NORTH CAROLINA**

Case number
(if known)

☐ Check if this is an
amended filing

---

<u>Official Form 206H</u>

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | Check all schedules *that apply:* |
| 2.1 **Jayna Davis** | **6942 Random Place** <br> Number   Street <br><br> **Charlotte**   **NC**   **28215** <br> City   State   ZIP Code | **Premier Apartments, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 **Jayna Davis** | **6942 Random Place** <br> Number   Street <br><br> **Charlotte**   **NC**   **28215** <br> City   State   ZIP Code | **US Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 **Jayna Davis** | **6942 Random Place** <br> Number   Street <br><br> **Charlotte**   **NC**   **28215** <br> City   State   ZIP Code | **Chrysler Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 **Jayna Davis** | **6942 Random Place** <br> Number   Street <br><br> **Charlotte**   **NC**   **28215** <br> City   State   ZIP Code | **Small Business Adminstration** | ☐ D <br> ☑ E/F <br> ☐ G |

---

Debtor   **Dot Com Realty, LLC dba Plato's Closet**   Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5  **Jayna Davis** | **6942 Random Place** <br> Number      Street <br><br> **Charlotte**   **NC**  **28215** <br> City                      State   ZIP Code | **Thread Capital** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.6  **Jayna Davis** | **6942 Random Place** <br> Number      Street <br><br> **Charlotte**   **NC**  **28215** <br> City                      State   ZIP Code | **Ally Financial Auto** | ☐ D <br> ☑ E/F <br> ☐ G |

Official Form 206H                **Schedule H: Codebtors**                page 2

**Fill in this information to identify the case:**

Debtor Name **Dot Com Realty, LLC dba Plato's Closet**

United States Bankruptcy Court for the: **WESTERN DIST. OF NORTH CAROLINA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B..................................................................................... | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................................... | **$132,000.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B...................................................................................... | **$132,000.00**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$145,534.35**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................ | **+ $119,035.18**

4. **Total liabilities**
   Lines 2 + 3a + 3b.......................................................................................... | **$264,569.53**

**Fill in this information to identify the case and this filing:**

Debtor Name **Dot Com Realty, LLC dba Plato's Closet**

United States Bankruptcy Court for the: **WESTERN DIST. OF NORTH CAROLINA**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/20/2022**
MM / DD / YYYY

X **/s/ Jayna Davis**
Signature of individual signing on behalf of debtor

**Jayna Davis**
Printed name

**Managing Member**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In re  **Dot Com Realty, LLC dba Plato's Closet**

Case No. _____

Chapter  **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................................... | **$5,000.00** |
| Prior to the filing of this statement I have received......................................................... | **$5,000.00** |
| Balance Due............................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **A minimum of $5,000.00 to be charged on an hourly basis at $300.00 per hour.**

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/20/2022** | **/s/ Kimberly A. Sheek** |
| *Date* | *Kimberly A. Sheek*          Bar No.  34199 |
| | Law Office of Kimberly A. Sheek |
| | P.O. Box 480740 |
| | Charlotte, NC 28269 |
| | www.sheeklawoffice.com |
| | Phone: (704) 842-9776 / Fax: (704) 943-0728 |

---

**/s/ Jayna Davis**

*Jayna Davis*
*Managing Member*

**Fill in this information to identify the case:**

Debtor name          **Dot Com Realty, LLC dba Plato's Closet**

United States Bankruptcy Court for the: **WESTERN DIST. OF NORTH CAROLINA**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Chase Cardmember Services PO Box 9013 Addison, TX 75001 | | Credit Card | | | | $38,326.16 |
| 2  Premier Apartments, LLC c/o Offit Kurman 2600 One Wells Fargo Center 301 South College St. Charlotte, NC 28202 | | Rental Arrears | Disputed | | | $35,480.04 |
| 3  Chrysler Capital PO Box 961275 Fort Worth, TX 76161 | | Purchase Money | | $58,939.94 | $24,475.00 | $34,464.94 |
| 4  US Bank PO Box 790408 St. Louis, MO 63179 | | Purchase Money | | $68,394.41 | $49,387.50 | $19,006.91 |
| 5  Thread Capital 4021 Carya Dr. Raleigh, NC 27610 | | Other | | | | $18,200.00 |

| Debtor | **Dot Com Realty, LLC dba Plato's Closet** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 Ally Financial Auto PO Box 380901 Bloomington, MN 55438 | | Other | | | | $14,838.49 |
| 7 Small Business Adminstration 10737 Gateway West Suite 300 El Paso, TX 79935 | | Other | | | | $7,950.00 |
| 8 American Express PO Box 981540 El Paso, TX 79998-1540 | | Credit Card | | | | $2,939.49 |
| 9 Capital One Attn: General Correspondence P.O. Box 30285 Salt Lake City, UT 84130-0285 | | Credit Card | | | | $1,301.00 |
| 10 North Carolina Department of Revenue Bankruptcy Unit PO Box 1168 Raleigh, NC 27602 | | 1040 Taxes | | | | $0.00 |
| 11 Internal Revenue Service Centralized Solvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | 1040 Taxes | | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:   **Dot Com Realty, LLC dba Plato's Closet**                              CASE NO

                                                                                                                 CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/20/2022                                    Signature    **/s/ Jayna Davis**
                                                                                    ***Jayna Davis***
                                                                                    ***Managing Member***


Date _____     Signature _____

ADP Security
5451 E. Williams Blvd
Tuscon, AZ 85711


Ally Financial Auto
PO Box 380901
Bloomington, MN 55438


American Express
PO Box 981540
El Paso, TX 79998-1540


Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase Cardmember Services
PO Box 9013
Addison, TX 75001


Chrysler Capital
PO Box 961275
Fort Worth, TX 76161


Internal Revenue Service
Centralized Solvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jayna Davis
6942 Random Place
Charlotte, NC 28215


Mecklenburg County Tax Office
Office of the Tax Collector
PO Box 36819
Charlotte, NC 28236

North Carolina Attorney General
Daniel Garner, General Counsel
PO Box 871
Raleigh, NC 27602

North Carolina Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602

Premier Apartments, LLC
c/o Offit Kurman
2600 One Wells Fargo Center
301 South College St.

Small Business Adminstration
10737 Gateway West Suite 300
El Paso, TX 79935

Thread Capital
4021 Carya Dr.
Raleigh, NC 27610

United States Attorney's Office
Western District of NC
227 West Trade St., Suite 1650
Charlotte, NC 28202

US Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

US Bank
PO Box 790408
St. Louis, MO 63179

Winmark Corp.
605 Highway 169 North
Suite 400
Minneapolis, MN 55441

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                    CHAPTER   **11**

**Dot Com Realty, LLC dba Plato's Closet**


DEBTOR(S)                                                CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Managing Member** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.



Date:__**6/20/2022**_____        Signature:__**/s/ Jayna Davis**_____
                                                                    *Jayna Davis*
                                                                    **Managing Member**